UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PERSEPHONE DOLCE and DARIUS
GOODWORTH,

                              25-CV-2150 (AT) (RWL)

              Plaintiffs,

      - against -                         **ORDER**

CERTIFIED LUXURY MOTORS, CLM AUTO
GROUP, INC., WORLDWIDE LUXURY
ENTERPRISES INC., d/b/a CERTIFIED
LUXURY MOTORS, ALLY FINANCIAL INC.,
NORTH SIDE CAR CARE CORPORATION,
FAWAD AWAN, JOHN DOES 1-3, and JANE
DOE,

              Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Report and Recommendation issued on April 1, 2025, at Dkt. 22, contained a non-material error referring to the Complaint as unverified rather than verified. Accordingly, the Court respectfully directs the Clerk of Court to vacate Dkt. 22. By separate order, the Court is issuing an Amended Report and Recommendation with the correct reference.

                                  SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2025
       New York, New York

Copies transmitted this date to all counsel of record.