```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/16/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PERSEPHONE DOLCE,
DARIUS GOODWORTH,

        Plaintiffs,

     -against-

CERTIFIED LUXURY MOTORS,
CLM AUTO GROUP INC.,
WORLDWIDE LUXURY ENTERPRISES INC.
d/b/a CERTIFIED LUXURY MOTORS,
ALLY FINANCIAL INC.,
NORTH SIDE CAR CARE CORPORATION,
FAWAD AWAN, JOHN DOE'S 1-3,
JANE DOE,

        Defendants.

---

INDEX NO: 1:25-cv-02150-AT-RWL

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Persephone Dolce and Darius Goodworth hereby voluntarily dismiss(es) the above-captioned action without prejudice as to all claims and all parties.

No answer or motion for summary judgment has been served by any defendant in this action.

Plaintiffs intend to refile this action.

Each party shall bear its own attorneys' fees, costs, and disbursements.

Dated: July 12, 2025

New York, New York

SO ORDERED.

Dated:  July 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge